Keith A. Watts CA Bar No. 208491
keith.watts@ogletreedeakins.com
Richard Y. Chen CA Bar No. 225392
richard.chen@ogletreedeakins.com
Justin S. Walley CA Bar No. Bar No. 280013
justin.walley@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Suite 1500
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:   714.800.7900
Facsimile:    714.754.1298

Attorneys for Defendant, PetSmart, Inc.

Ronald E. Norman, CA Bar No. 104752
Law Offices of Farnell & Norman
2020 Main Street, Suite 770
Irvine, CA 92614
Telephone:    949-553-1300
Facsimile:    866-600-2067

Attorneys for Plaintiff Donavon Weber

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONAVON WEBER, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>PETSMART, INC.; and DOES 1 through 100, Inclusive<br><br>  Defendants. | Case No. 8:13-cv-01628-CJC-JPR<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:    August 29, 2013<br>Trial Date:      None Set |

Pursuant to the Joint Motion for Dismissal With Prejudice filed by Plaintiff Donavon Weber and Defendant PetSmart, Inc., this case is hereby dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41.  Each party shall bear his/its own costs.

DATED:  April 22, 2014          BY:_ [signature]

                                  CORMAC J. CARNEY
                                  UNITED STATES DISTRICT COURT JUDGE